# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ANITA SANDERS,

        Plaintiff,        :        Case No. 3:04-cv-163

                                  District Judge Walter Herbert Rice

-vs-                                 Chief Magistrate Judge Michael R. Merz

                              :

SMITHS INDUSTRIES AEROSPACE
& DEFENSE SYSTEMS, INC.,

        Defendant.

## CONDITIONAL DISMISSAL ORDER

       The Court having been advised by Chief Magistrate Judge Merz that the above matter has been settled, IT IS ORDERED that this action (including all claims by all parties) is hereby DISMISSED WITH PREJUDICE, provided that any of the parties may, upon good cause shown not later than November 20, 2006, reopen the action if settlement is not consummated. The parties may substitute a judgment entry contemplated by the settlement agreement upon approval of the Court. Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 114 S. Ct. 1673, 128 L. Ed. 2d 391 (1994), and incorporate appropriate language in any substituted judgment entry.

       This Court explicitly retains jurisdiction to enforce the settlement agreement reached by the parties, on motion or *sua sponte*.

       Each party shall bear its own costs.

October 19, 2006.

                                                            Walter Herbert Rice
                                                            United States District Judge

1